**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Craig R. Myers,                                Case No. 3:18CV2972

        Plaintiff

        v.                                      **JUDGMENT ENTRY**

Wood County,

        Defendant

In accordance with the order filed contemporaneously with this judgment entry, it is hereby ORDERED THAT

1. Myers's complaint (Doc. 1) be, and the same hereby is, dismissed;

2. Myers's motion to proceed *in forma pauperis* (Doc. 2) be, and the same hereby is, granted;

3. Both motions for leave to file an amended complaint (Doc. 4; Doc. 5), be, and the same hereby are, dismissed; and

4. This case be, and the same hereby is, dismissed.

I further certify, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

So ordered.

                                                          /s/ James G. Carr
                                                          Sr. U.S. District Judge